1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    HANIF S. ABDULLAH,                          No.  2:13-cv-0446 JAM DAD P

12                   Plaintiff,

13         v.                                     ORDER

14    CARL F. SPECHT,

15                   Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On October 18, 2013, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Neither party has filed

23    objections to the findings and recommendations.

24         The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27    /////

28    /////

                                              1

1.  The findings and recommendations filed October 18, 2013, are adopted in full;

2.  Defendant's motion to dismiss (Doc. No. 18) is granted as to plaintiff's Fourteenth Amendment claim but denied as to plaintiff's Eighth Amendment claim;

3.  Defendant's motion to strike (Doc. No. 26) is denied as unnecessary; and

4.  Defendant Chaplain Specht is ordered to file an answer within thirty days.

DATED: November 25, 2013

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE