IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| **HANIF S. ABDULLAH**, <br><br> Plaintiff, <br><br> v. <br><br> **C. SPECHT**, <br><br> Defendant. | Case No. 2:13-cv-00446 JAM DAD <br><br> *AMENDED* **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this entire action shall be dismissed with prejudice.  Each side shall bear their own costs.

Dated:  August 25, 2014    /s/ *Hanif S. Abdullah* (orig. signature retained Def.'s counsel)
HANIF S. ABDULLAH, Plaintiff

Dated:  August 25, 2014    /s/ *David A. Carrasco*
DAVID A. CARRASCO
Deputy Attorney General
California Attorney General's Office
*Counsel for Defendant C. Specht*

/////

/////

1 | The undersigned has reviewed the stipulation signed by the parties.  Pursuant to that
2 | stipulation, IT IS HEREBY ORDERED that:
3 |     1.  This action is dismissed with prejudice; and
4 |     2.  The Clerk of the Court is directed to close the case.
5 | Dated:  August 28, 2014

*Dale A. Drozd* (signature)
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/abdu0446.stip